AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)    /s/Stephen C. Hoch 3-14-2024

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

AMG
3/14/24

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
A white 2011 Ford Crown Victoria, Vehicle Identification Number 2FABP7BV6BX108736, Oklahoma License Plate OPJ898, located at the Duncan Police Department, 300 South 13th Street, Duncan, Oklahoma 73533.

)
)
)
)
)
)

Case No. M-24- 228 -AMG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of Stolen Firearm |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Ben Nechiporenko, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/14/2024

_____
Judge's signature

City and state: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the Matter of the Search of a white 2011 Ford Crown Victoria, Vehicle Identification Number 2FABP7BV6BX108736, Oklahoma License Plate OPJ898, located at the Duncan Police Department, 300 South 13th Street, Duncan, Oklahoma 73533.** | Case No. M-24-    -AMG<br><br>FILED UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Ben Nechiporenko, being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of a white 2011 Ford Crown Victoria, Vehicle Identification Number 2FABP7BV6BX108736, Oklahoma License Plate OPJ898, which is currently located at the Duncan Police Department, 300 South 13th Street, Duncan, Oklahoma 73533, as described in **Attachment A**, for the items specified in **Attachment B** hereto, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 922(j), Possession of a Stolen Firearm.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January

2022. I am currently assigned to the Dallas Field Division, Tulsa Field Office. My duties as a Special Agent include, but are not limited to, investigating the illegal use, possession, and trafficking of firearms and explosives.

3. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

4. Prior to my tenure as an ATF Special Agent, I was a sworn law enforcement officer employed by the West Fargo Police Department in North Dakota from 2012 to 2022. My training included over 1,250 hours of Police Officer Standards and Training (POST) with an emphasis in gangs and narcotics enforcement. I also served nine years with the Army National Guard as a Combat Engineer and received an Honorable Discharge at the rank of Sergeant. I received a Bachelor of Science Degree in Criminal Justice from North Dakota State University in 2011.

5. The facts in this affidavit are based on my personal observations, my training and experience, information obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information, including

2

information available on the internet. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant, it does not set forth all of my knowledge about the matter.

6. Based on my training and experience, and the facts set forth herein, there is probable cause to believe that violations of 18 U.S.C. § 922(j), Possession of a Stolen Firearm, have been committed by **Joseph Albert MONTOYA III, Jesse Alexander BEATY, Jacob Alan KING,** and others. There is also probable cause to search the property described in **Attachment A**, for the items specified in **Attachment B**, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 922(j), Possession of a Stolen Firearm.

7. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

## FACTS SUPPORTING PROBABLE CAUSE

8. On February 25, 2024, at approximately 12:30 p.m., Antlers Police Department Officer Robert Lee responded to a report of a burglary at Smith Brothers Pawn & Gun (Federal Firearms Licensee #57302599), 200 East Main Street, Antlers, Oklahoma. The burglary was reported by the owner, B.S.

9. The following fifteen (15) firearms were reported stolen from Smith Brothers Pawn & Gun:

   a. an Armscor of the Philippines, model 1911, 9mm pistol, bearing serial number RIA2370665;

   b. an Armscor of the Philippines, model 1911, 9mm pistol, bearing serial number RIA2370664;

   c. a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FDU8580;

   d. a Radical Firearms, LLC, .223 caliber rifle, bearing serial number 2002776;

   e. a Ruger, model American pistol, 9mm caliber pistol, bearing serial number 860-86775;

   f. an Israel Weapon IND-IWI, model Uzi Eagle, 9mm caliber pistol, bearing serial number 97315876;

   g. a Taurus, model G2S, 9mm caliber pistol, bearing serial number AEG480224;

   h. a FMK Firearms Inc., model 9C1 GEN2, 9mm caliber pistol, bearing serial number BTT3824;

   i. a FMK Firearms Inc., model 9C1 GEN2, 9mm caliber pistol, bearing serial number BB25074;

   j. a HiPoint (Strassell's Machine Inc.), model C9, 9mm caliber pistol, bearing serial number P10194714;

   k. a HiPoint (Strassell's Machine Inc.), model CF380, .380 caliber pistol, bearing serial number P8188616;

   l. a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FEJ2070;

 m. a Smith & Wesson, model SD9, 9mm pistol, bearing serial number FDW4308;

 n. a FMK Firearms Inc., model 9C1 GEN2, 9mm caliber pistol, bearing serial number SBD5592; and

 o. a Ruger, model P89, 9mm caliber pistol, bearing serial number 315-84575.

10. During the course of its investigation, law enforcement identified and arrested two individuals, R.B. and L.R.A, for possessing one of the stolen firearms, specifically, a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FDU8580.

11. On March 6, 2024, I, along with other law enforcement officers, interviewed R.B. and L.R.A in Duncan, Oklahoma. R.B. stated that he purchased the Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FDU8580, from **Joseph Albert MONTOYA III**; R.B. and **MONTOYA III** coordinated the purchase using Instagram. According to R.B., **MONTOYA III** sent a photograph of several pistols and an AR-style rifle available for purchase.

12. The purchase occurred at R.B. and L.R.A.'s apartment, located at 206 East Elm Ave., Apt. 203, in Duncan, Oklahoma, which is within the Western District of Oklahoma, on the morning of February 26, 2024. **MONTOYA III** and two other individuals—**Jesse Alexander BEATY** and

Jacob Alan **KING**—arrived in a white Ford Crown Victoria.[1] **BEATY** was the driver; **MONTOYA III** and **KING** were passengers.

13.    **BEATY, KING,** and **MONTOYA III** offered several firearms for purchase to R.B. R.B. ultimately purchased the Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FDU8580.

14.    Using the Cash App username "$Titirogers," R.B. sent $330.00 to Cash App user "$Jbeaty22," which had a vanity name of "Jesse Beaty." The transaction occurred on February 26, 2024, at 9:36 a.m. R.B. showed law enforcement officers the transaction on his phone, which is pictured below.



---

[1] Law enforcement subsequently discovered that a white 2011 Ford Crown Victoria, bearing Oklahoma license plate OPJ898, is registered to **BEATY** at an address of 194146 N. 4332 Road, Antlers, Oklahoma.

15. Later that day, after I interviewed R.B., I observed a white 2011 Ford Crown Victoria, bearing Oklahoma license plate OBJ898 (hereinafter referred to as the "**Subject Vehicle**"), parked and unoccupied near the 1000 block of Hackberry Avenue, in Duncan, Oklahoma. While conducting surveillance in the area, law enforcement observed **KING** and **BEATY**[2] exiting a residence located at 1558 ½ North 10th Street, Duncan, Oklahoma.

16. After exiting 1558 ½ North 10th Street, **BEATY** and **KING** approached the **Subject Vehicle** and opened the rear doors and trunk. While standing at the trunk, law enforcement made contact with **BEATY** and **KING**. As soon as officers approached, **BEATY** and **KING** closed the **Subject Vehicle's** trunk.

17. In a Mirandized interview, **KING** stated that he and **BEATY** obtained an estimated 10–11 firearms, including Smith & Wessons, Hi-Points, Rugers, and one AR-style rifle, from an unknown male in Waurika, Oklahoma, on February 26, 2024—one day after Smith Brothers Pawn & Gun was burglarized. **KING** and **BEATY** agreed to sell the firearms and split the profits with the unknown male. **KING** stated that he and **BEATY** drove the **Subject Vehicle** to obtain the firearms.

---

[2] Based on my observations, I believe **BEATY** is the same person pictured in the Cash App profile photo associated with the username "$Jbeaty22."

18. Law enforcement subsequently searched the residence which **KING** and **BEATY** were observed exiting, 1558 ½ N. 10th Street, Duncan Oklahoma, after receiving consent for the search from **KING**'s mother, K.R., who resides at the residence.

19. Inside the residence, law enforcement recovered two firearms which were reported stolen from Smith Brothers Pawn & Gun, specifically, an Armscor of the Philippines, model 1911, 9mm pistol, bearing serial number RIA2370665, and a FMK Firearms Inc., model 9C1 GEN2, 9mm caliber pistol, bearing serial number BB25074.

20. I informed K.R. that law enforcement recovered two stolen firearms from her residence; K.R. stated that she was unaware any firearms were inside. According to K.R., **KING** and **BEATY** had been staying at the residence for the last two to three days.

21. After recovering the stolen firearms, I, along with Hugo Police Department Detective Robert White, re-interviewed **KING**, who provided additional detail. According to **KING**, he and **BEATY** picked up the firearms from an unknown individual in Antlers, Oklahoma, rather than Waurika, Oklahoma, using the **Subject Vehicle**. **KING** explained that he and **BEATY** knew the firearms were stolen.

22. **KING** stated that he and **BEATY** returned to Duncan, Oklahoma, to sell the firearms. They travelled to **MONTOYA III's** house to determine

8

where they could sell the firearms, and **MONTOYA III** provided information regarding potential purchasers.

23. The **Subject Vehicle** was impounded pending a federal search warrant; it is currently parked and secured at the Duncan Police Department, located at 300 South 13th Street, Duncan, Oklahoma 73533.

24. As of March 14, 2024, law enforcement has recovered five (5) of the fifteen (15) firearms which were stolen from Smith Brothers Pawn & Gun; ten (10) firearms remain unaccounted for. Based on my training and experience, I am aware that individuals involved in the violation of federal firearms laws often transport and store firearms in their vehicles.

## CONCLUSION

25. Based on the information set forth in this affidavit, I submit that there is probable cause to issue a warrant authorizing a search of the **Subject Vehicle**, further described in **Attachment A**, for the items specified in **Attachment B**, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 922(j), Possession of a Stolen Firearm.

Respectfully submitted,

*[signature]*

BEN NECHIPORENKO
Special Agent, Bureau of Alcohol,
Tobacco, Firearms and Explosives

Subscribed and sworn on this 14th day of March, 2024.

*[signature]*

AMANDA MAXFIELD GREEN
United States Magistrate Judge

## ATTACHMENT A

*Property to be searched*

The vehicle to be searched is a white 2011 Ford Crown Victoria, Vehicle Identification Number 2FABP7BV6BX108736, Oklahoma License Plate OPJ898, which is currently located and secured at the Duncan Police Department, 300 South 13th Street, Duncan, Oklahoma, 73533. The vehicle is pictured below:



# ATTACHMENT B

*Property to be Seized*

1. All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of 18 U.S.C. § 922(j), Possession of a Stolen Firearm, specifically:

   a. Firearms, magazines, ammunition, firearm components, and any records relating to the purchase or transfer of firearms or firearm components;

   b. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchasing, and distribution of firearms;

   c. Records and indicia to establish the persons who control, possess, or have custody or dominion over property searched and from which evidence is seized, including personal mail, checkbooks, wallets, purses, personal identification, notes, other correspondence, financial documents, keys, photographs, leases, bills, title, and registration.